# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | Case No. 22-mj-00115-KLM |
|---|---|---|
| v. | ) | |
| TORY SHANE SMART,<br>*Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about July 2, 2022, in the State and District of Colorado, TORY SHANE SMART violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Prohibited Person in Possession of Firearm/Ammunition |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with intent to distribute a controlled substance |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

x   Continued on attached sheet.

/s John Dalen Bunch
*Complainant's signature*

U.S. Forest Service Special Agent John Dalen Bunch
*Printed name and title*

Sworn to before me and:
☐ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: **03 Jul 2022**

*Judge's signature*

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado