AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No.   22-mj-00115-KLM |
| | ) | |
| | ) | |
| | ) | |
| TORY SHANE SMART, | ) | |
| *Defendant* | | |

**ARREST WARRANT**

TO:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* TORY SHANE SMART, who is accused of an offense or violation based on the following document filed with the court:

☐Indictment     ☐Superseding Indictment     ☐Information     ☐Superseding Information     ☒Complaint
☐Probation Violation Petition     ☐Supervised Release Violation Petition     ☐Violation Notice     ☐Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)              Prohibited Person in Possession of Firearm/Ammunition
21 U.S.C. § 841(a)(1), (b)(1)(C)  Possession with intent to distribute a controlled substance

Date:   ___*03 Jul 2022*___

*Issuing officer's signature*

Kristen L. Mix
United States Magistrate Judge

City and state:   ___Denver, Colorado___

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at

*(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*