AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

FILED
U.S. DISTRICT COURT
OF COLORADO

2022 JUL 11 PM 12: 03

JEFFREY P. COLWELL
CLERK

_____ DEP. CLERK

| United States of America | ) |
| v. | ) Case No. 1:22-mj-00115-KLM |
| TORY SHANE SMART,<br>*Defendant* | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* TORY SHANE SMART, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)            Prohibited Person in Possession of Firearm/Ammunition
21 U.S.C. § 841(a)(1), (b)(1)(C)  Possession with intent to distribute a controlled substance

Date: **03 Jul 2022**

*Issuing officer's signature*

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

City and state: **Denver, Colorado**

### Return

This warrant was received on *(date)* 7/3/2022, and the person was arrested on *(date)* at
*(city and state)* 7/5/2022 Craig, CO
Date: 7/5/2022

*Arresting officer's signature*

Special Agent Aaron Hendrichs
*Printed name and title*