
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. **22-cr-220-RMR**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  TORY SHANE SMART, and
2.  DEREK JAMES SWINGLE,

    Defendants.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNT 1

On or about July 2, 2022, in the State and District of Colorado, the defendants, TORY SHANE SMART and DEREK JAMES SWINGLE, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree, with interdependence, to distribute and possess with the intent to distribute N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl]propenamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about July 2, 2022, in the State and District of Colorado, the defendants,

TORY SHANE SMART and DEREK JAMES SWINGLE, did knowingly and intentionally distribute and possess with the intent to distribute N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl]propenamide ("fentanyl"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 3

On or about July 2, 2022, in the State and District of Colorado, the defendant, TORY SHANE SMART, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

On or about July 3, 2022, in the State and District of Colorado, the defendant, DEREK JAMES SWINGLE, did knowingly and intentionally distribute and possess with the intent to distribute N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl]propenamide ("fentanyl"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

1.   As a result of committing the violations of Title 21, United States Code, Section 841(a)(1) and 846, alleged in Counts One and Two of this Indictment, the defendants, TORY SHANE SMART and DEREK JAMES SWINGLE, shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real or

personal, constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violations, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

2. As a result of committing the violation of Title 18, United States Code, Section 922(g)(1) alleged in Count Three of this Indictment, the defendant, TORY SHANE SMART, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any ammunition involved in the commission of the offense.

3. As a result of committing the violation of Title 21, United States Code, Section 841(a)(1), alleged in Count Four of this Indictment, the defendant, DEREK JAMES SWINGLE, shall forfeit, pursuant to Title 21, United States Code, Section 853, any and all property, real or personal, constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the said violation, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count Four of this Indictment.

4. If any of the property subject to forfeiture as a result of any act or omission of the defendants:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section

853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

<u>Ink signature on file in Clerk's office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

By: <u>s/ Andrea Surratt</u>
Andrea Surratt
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Andrea.Surratt@usdoj.gov
Attorney for Government