| | |
|---|---|
| DEFENDANT: | TORY SHANE SMART |
| YOB/AGE: | 1982 |
| COMPLAINT FILED? | ___x___ Yes   _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER  22-mj-115-KLM |
| OFFENSE(S): | COUNT 1: 21 U.S.C. § 846 (conspiracy to possess with intent to distribute a controlled substance)<br>COUNT 2: 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute a controlled substance)<br>COUNT 3: 18 U.S.C. § 922(g)(1) (felon in possession of a firearm/ammunition) |
| LOCATION OF OFFENSE: | Routt County, CO |
| PENALTY: | COUNTS 1, 2: NMT 20 years imprisonment; NLT 3 years SR; NMT life SR; NMT $1,000,000 fine, or both; $100 SA<br>COUNT 3: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment. |
| AGENT: | Forest Service SA John Dalen Bunch |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_x_  five days or less  ____ over five days

THE GOVERNMENT

_x_  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.