IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00220-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  **TORY SHANE SMART**,

        Defendant.

---

**RESPONSE TO CO-DEFENDANT'S "UNOPPOSED MOTION TO CONTINUE FILING DEADLINE AND TO EXCLUDE 90 DAYS FROM THE SPEEDY TRIAL ACT" [DOC. 29]**

---

The defendant, Tory Shane Smart ("Mr. Smart"), by and through undersigned counsel, David E. Johnson, hereby files this Response to co-Defendant Derrek James Swingle's "Unopposed Motion to Continue Motion Filing Deadline and to Exclude 90 Days from the Speedy Trial Act" [Doc. 29], stating as follows:

    1.    On July 3, 2022, a Complaint was filed, charging Mr. Smart with violating 18 U.S.C. § 922(g)(1) (possession of a firearm by a prohibited person) and 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute a controlled substance). *See* Doc. 1.

    2.    Mr. Smart made his Initial Appearance on July 5, 2022 and was appointed counsel. Counsel entered his appearance in this case on July 6, 2022. Docs. 4, 8. Mr. Smart was ordered detained following a Detention Hearing on July 7, 2022. Docs. 9, 10.

3.	A four-count Indictment was filed on July 12, 2022 against Mr. Smart and co-Defendant Derek Swingle. In this case, the 70-day Speedy Trial Act ("STA") clock started upon the filing of the Indictment. 18 U.S.C. § 3161(c)(1).

4.	Mr. Smart is charged in three Counts, alleging violations of 21 U.S.C. § 846 (Count 1, conspiracy to possess with intent to distribute a controlled substance); 21 U.S.C. § 841(a)(1), (b)(1)(C) (Count 2, possession with intent to distribute a controlled substance); and 18 U.S.C. § 922(g)(1) (Count 3, possession of a firearm by a prohibited person). Mr. Smart entered pleas of Not Guilty to the three counts on July 14, 2022. Doc. 20.

5.	The 70-day Speedy Trial Act ("STA") deadline date was originally set for September 20, 2022 (*i.e.,* 70 days after July 12, 2022). See Doc. 21 at 8. Co-Defendant Swingle has filed two motions, which toll the STA clock. 18 U.S.C. § 3161(h)(1)(D). Specifically, the clock was tolled on July 21, 2022, *see* Docs. 26, 27, and the clock was tolled again starting on August 8, 2022, *see* Doc. 29.  The pending motion tolls the STA clock until the motion is ruled upon. 18 U.S.C. § 3161(h)(1)(D).

6.	As of the filing of co-Defendant Swingle's motion, Doc. 29, a total of twenty-five (25) days had run on the Speedy Trial Act clock. Thus, a total of forty-five (45) days remain on the Speedy Trial Act's 70-day clock.

7.	This Court had set a pretrial motions deadline for August 8, 2022; a trial preparation conference is set for September 7, 2022, and trial is set to begin September 19, 2022. See Doc. 25.

8. On August 8, 2022, co-Defendant Swingle filed an Unopposed Motion, requesting that the motions deadline be extended and 90 days be excluded from the STA Clock. Doc. 29. With an exclusion of 90 days, coupled with the 45 days remaining on the Speedy Trial Act's clock at the time this motion was filed, *see supra* paragraph 6, the granting of the motion would extend the Speedy Trial Act's deadline for trial to the date that is 135 days after the date on which the motion is ruled upon.

9. Undersigned counsel had conferred with Mr. Swingle's counsel on that motion. The motion correctly states that undersigned counsel "has no objection and seeks to join" that motion. Doc. 29 at 9, paragraph 12.

10. The requested extension and continuance are needed in order to ensure effective representation in this case. For the same reasons stated in Mr. Swingle's motion, Mr. Smart agrees that the continuance request meets the criteria set forth in 18 U.S.C. § 3161(h)(7) and the facts set forth in *United States v. West*. *See* Doc. 29 at 2-4.

11. Undersigned counsel believes that the ends of justice are best served by the granting of such continuance and such interest outweighs the best interest of the public and Mr. Smart's in a speedy trial.

WHEREFORE, Mr. Smart requests that A) Mr. Swingle's Unopposed Motion, Doc. 29, be granted; B) the Court enter an order extending the pretrial motions deadline; C) the court enter an order excluding 90 days in the computation of time within which the trial in this case must commence under the Speedy Trial Act, 18 U.S.C. §

3161, et al.; and D) the trial be continued to a day within 135 days after the date on which the motion is granted (*see supra* paragraph 8).

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        <u>s/ David E. Johnson</u>
        DAVID E. JOHNSON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        David_johnson@fd.org
        *Attorney for Defendant Tory Smart*

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2022, I filed the foregoing ***Response to Co-Defendant's "Unopposed Motion to Continue Filing Deadline and to Exclude 90 Days from the Speedy Trial Act" [Doc. 29]*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Andrea L. Surratt, Assistant United States Attorney
Email: andrea.surratt@usdoj.gov

Michael A. Faye
Email: michael@glassmanfaye.com
*Attorney for Defendant Derek Swingle*

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Tory Shane Smart (via U.S. mail)

                                         s/ David E, Johnson
                                         DAVID E. JOHNSON
                                         Assistant Federal Public Defender
                                         633 17th Street, Suite 1000
                                         Denver, CO  80202
                                         Telephone:  (303) 294-7002
                                         FAX:  (303) 294-1192
                                         David_johnson@fd.org
                                         *Attorney for Defendant Tory Smart*