IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00220-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1. TORY SHANE SMART**,

       Defendant.

## NOTICE OF DISPOSITION

       The defendant, Tory Shane Smart, by and through undersigned counsel, David E. Johnson, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ David E. Johnson
       DAVID E. JOHNSON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       David_johnson@fd.org
       *Attorney for Defendant Tory Smart*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2022, I filed the foregoing **Notice of Disposition** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Andrea L. Surratt, Assistant United States Attorney
Email: andrea.surratt@usdoj.gov

Michael A. Faye
Email: michael@glassmanfaye.com
*Attorney for Defendant Derek Swingle*

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Tory Shane Smart (via U.S. mail)

s/ David E, Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
*Attorney for Defendant Tory Smart*
