IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00220-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  **TORY SHANE SMART**,

       Defendant.

## UNOPPOSED MOTION TO MOVE UP CHANGE OF PLEA HEARING

       The defendant, Tory Shane Smart ("Mr. Smart"), by and through undersigned counsel, David E. Johnson, hereby files this Unopposed Motion to Move Up the Change of Plea Hearing, currently set for November 29, 2022 at 3:00 pm, and in support thereof states as follows:

       1.      Mr. Smart is charged in three Counts, alleging violations of 21 U.S.C. § 846 (Count 1, conspiracy to possess with intent to distribute a controlled substance); 21 U.S.C. § 841(a)(1), (b)(1)(C) (Count 2, possession with intent to distribute a controlled substance); and 18 U.S.C. § 922(g)(1) (Count 3, possession of ammunition by a prohibited person). Mr. Smart entered pleas of Not Guilty to the three counts on July 14, 2022.  Doc. 20.

       2.      Today, August 26, 2022, Mr. Smart filed a Notice of Disposition. The plea agreement has been drafted, and the parties have agreed to its terms.

3. This Court has previously Ordered that "[t]he Trial Preparation Conference/Change of Plea Hearing" be set "for **November 29, 2022 at 3:00 PM**." Doc.32 at 5.

4. Rather than waiting three months after the filing of the Notice of Disposition, Mr. Smart requests that his Change of Plea Hearing occur sometime in mid-to-late October, if amenable to the Court. If this motion is granted, the parties request that they be permitted to jointly contact chambers to reset the Change of Plea Hearing to a day/time amenable to all.

5. Undersigned counsel has conferred with Assistant United States Attorney Andrea Surratt, who expressed she has no opposition to this motion.

WHEREFORE, this Unopposed Motion should be granted and the Change of Plea hearing currently set for November 29, 2022 should be moved up, and the parties should be permitted to jointly contact chambers to reset the hearing.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ David E. Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
*Attorney for Defendant Tory Smart*

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, I filed the foregoing ***Unopposed Motion to Move Up Change of Plea Hearing*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Andrea L. Surratt, Assistant United States Attorney
Email:  andrea.surratt@usdoj.gov

Michael A. Faye
Email: michael@glassmanfaye.com
*Attorney for Defendant Derek Swingle*

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Tory Shane Smart (via U.S. mail)

s/ David E, Johnson
DAVID E. JOHNSON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
David_johnson@fd.org
*Attorney for Defendant Tory Smart*
