| | |
|---|---|
| <u>DEFENDANT:</u> | TORY SHANE SMART |
| <u>YOB/AGE:</u> | 1982 |
| <u>COMPLAINT FILED?</u> | __x__ Yes  _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER  <u>22-mj-115-KLM</u> |
| <u>OFFENSE(S):</u> | COUNT 1: 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute a controlled substance) |
| <u>LOCATION OF OFFENSE:</u> | Routt County, CO |
| <u>PENALTY:</u> | COUNT 1: NMT 20 years imprisonment; NLT 3 years SR; NMT life SR; NMT $1,000,000 fine, or both; $100 SA |
| <u>AGENT:</u> | Forest Service SA John Dalen Bunch |
| <u>AUTHORIZED BY:</u> | Andrea Surratt<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

_x_  five days or less  ____ over five days

<u>THE GOVERNMENT</u>

_x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.