IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00220-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TORY SHANE SMART,

        Defendant.

**CONVENTIONALLY FILED MATERIAL**
re: Defendant's PSR Objections, filed 12/27/22

**ATTACHMENT 1 [BWC, INV_34 (trunk search)]**