IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-220-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TORY SHANE SMART,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

The United States of America, by and through undersigned counsel, and in accordance with the plea agreement, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant TORY SHANE SMART in the above-captioned matter. As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On October 4, 2022, the defendant pled guilty to Count One of an information pursuant to the terms enumerated in a written plea agreement. [ECF #38, 41]. Sentencing is scheduled for January 17, 2023. [ECF #40].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the counts of the underlying indictment as to this defendant only. Specifically, the Government moves to dismiss Counts 1, 2, and 3 of indictment 22-cr-220-RMR as to TORY SHANE SMART.

3.   The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of Counts 1, 2, and 3 of indictment 22-cr-220-RMR as to defendant TORY SHANE SMART at the time of sentencing in the above-captioned matter.

Respectfully submitted this 3rd day of January, 2023.

        COLE FINEGAN
        United States Attorney

By:   *s/ Andrea Surratt*
       Andrea Surratt
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California St., Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       e-mail: Andrea.Surratt@usdoj.gov