IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Criminal Action No.: 22-cr-00220-RMR-1          Date: February 2, 2023
Courtroom Deputy:  Meghan Smotts                    Court Reporter: Terri Lindblom
Probation Officer: Paige Meador

| _Parties:_ | _Counsel:_ |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Lee Surratt |
| Plaintiff, | |
| v. | |
| 1. TORY SHANE SMART, | David Edward Johnson |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**2:06 p.m.      Court in session.**

Court calls case. Appearances of counsel.  Defendant present in custody.

Defendant sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:  Government's Motion to Dismiss Counts 1, 2, and 3 of the Indictment [ECF No. 58] is GRANTED.**

**ORDERED:**   **Defendant shall be imprisoned for 24 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years.**

**ORDERED:**   **Conditions of Supervised Release, as stated on record.**

**ORDERED:**   **Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.**

**ORDERED:**   **Defendant shall forfeit any interest in property, as stated on record, to the United States.**

**ORDERED:**   **Defendant is remanded to the custody of the U.S. Marshal.**

Defendant advised of right to appeal.


**2:40 p.m.**    **Court in recess.**

Hearing concluded.
Total time in court:    00:34